# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
# WILKES-BARRE DIVISION

| | |
|---|---|
| In Re:<br>    DOMINIQUE DUBUISSON<br>        Debtor(s)<br>    WEBSTER BANK N.A.<br>        Movant<br>    v.<br>    DOMINIQUE DUBUISSON<br>        Debtor(s)<br>    DJAMENFULD DUBUISSON<br>        Co-Debtor<br>    CHARLES J DEHART, III (TRUSTEE)<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 18-04026-HVW |

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

    Webster Bank N.A. has filed with the Court a Motion for Relief from the Automatic Stay under 11 USC §362(d) and §1301 in order to proceed with its rights under non-bankruptcy law with regard to the Property, located at 3005 Allegheny Drive a/k/a 3005 Clubhouse Drive, F/K/A Lot 58 Vista Drive, Effort, PA 18330, Blakeslee, PA 18610.

    Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

    1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before April 23, 2021, you or your attorney must do all of the following:

    (a) file an answer explaining your position with the Clerk's Office located at:

Clerk of the United States Bankruptcy Court for the Middle District of Pennsylvania:

| In Wilkes-Barre: | In Harrisburg: | In Williamsport: |
|---|---|---|
| Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA 18701 | Ronald Reagan Federal Building<br>228 Walnut Street<br>Harrisburg, PA 17108 | U.S. Courthouse & Federal Building<br>240 West Third Street<br>Williamsport, PA 17701 |

    If you mail your answer to the Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to movant's attorney:

Daniel P. Jones
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025
djones@sterneisenberg.com

and to the Trustee:

Charles J DeHart, III (Trustee)
Ch. 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in this motion.

3. A hearing on the motion is scheduled to be held before the Honorable Henry Van Eck on May 13, 2021 at 9:30AM in Courtroom 2, United States Bankruptcy Court, 274 Max Rosenn U.S, 197 South Main Street, Wilkes-Barre, PA 18701.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (570) 831-2500 to find out whether the hearing has been canceled because no one filed an answer.

STERN & EISENBERG, PC

*By: /s/ Daniel P. Jones*
Daniel P. Jones
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
Bar Number: 321876
Date: April 9, 2021              Email: djones@sterneisenberg.com